UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL E. WHITFIELD,

Plaintiff,

Case No. 1:09-cv-1171

Hon. Hugh W. Brenneman, Jr.

v.

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

The decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g) and the case is remanded to the Commissioner for further proceedings consistent with this Opinion.

**IT IS SO ORDERED.**

Dated: March 28, 2011 /s/ Hugh W. Brenneman, Jr.
HUGH W. BRENNEMAN, JR.
United States Magistrate Judge